### I. Allison et al., Appellants, v. R. J. Beatty and John T. Beatty, Appellees.

**Gen. No. 39,443.**

opinion filed Decemebr 5, 1939. Slottow & Leviton and Castle, Osborn & Hallett, for appellants; Charles Leviton, Harper E. Osborn and Albert E. Hallett, Jr., of counsel; Zane, Morse, Zimmerman & Norman and Edward G. Woods, for appellees; Edward A. Zimmerman and Edward G. Woods, of counsel. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''